ESTHER RUTH GCLDSTEIN, Appellant, v. LUES KRANZ and Another, Respondents.— The plaintiff's action is for injunction restraining the defendants from interfering with the construction of a dam. The defendants ask for the reformation of the instrument granting plaintiff's rights on the ground of scrivener's mistake and misrepresentation. Plaintiff's complaint was dismissed and reformation ordered. Judgment unanimously affirmed, with costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.